ACCEPTED
03-15-00046-CV
5572178
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 5:07:58 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00046-CV

**IN THE THIRD COURT OF APPEALS**
**FOR THE STATE OF TEXAS**
**AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/5/2015 5:07:58 PM
JEFFREY D. KYLE
~~Clerk~~

**KIRK AND VICKI KOETHER,**
**APPELLANT**
**V.**

**AMBER NOVOSAD-WHITE, INDIVIDUALLY AND D/B/A NOVA TECH FOUNDATION REPAIR, AND JOHN NOVOSAD INDIVIDUALLY AND D/B/A NOVA TECH FOUNDATION REPAIR, APPELLEES**

**On Appeal from Cause No. 15,280**
**21st Judicial District Court, Lee County, Texas**
**The Honorable Judge Reva L. Towslee Corbett presiding**

**KIRK AND VICKI KOETHER'S MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF**

**APPELLANTS' MOTION**

Appellants ask the court to extend the time for Appellants to file Appellants' Brief.

**A. Introduction and Facts**

1. Appellants are Kirk and Vicki Koether; Defendants/Appellees are Amber Novosad-White, Individually and D/B/A Nova Tech Foundation

Repair, and John Novosad Individually and D/B/A Nova Tech Foundation Repair.

2.      Appellants filed suit on October 13, 2013 in connection with their purchase of real property located at 1105 County Road A in Lexington, Texas 78947 and legally described as BLUE PROPERTIES SECTION A, LOT 40, ACRES 10.0 (hereinafter "the Property"). The Property has numerous significant defects.

3.      Appellants filed suit against Appellees Amber Novosad-White and John Novosad individually and d/b/a Nova Tech Foundation Repair for negligence, triggering RCLA procedures, and expressly plead the discovery rule in connection to their claims.

4.      Prior to the time the Motion for Summary Judgment was filed by Appellees Amber Novosad-White and John Novosad individually and d/b/a Nova Tech Foundation Repair, Appellants filed their First Amended Petition to clarify their claims as to the interplay among the negligence claim and the RCLA statute.

5.      Although oral objections were made by counsel for Appellees at the time of the oral hearing (an oral hearing did not actually occur, however, objections were allowed to be heard by counsel for Appellees on the scheduled hearing date), no ruling was made in connection with the

objections and counsel for Appellants was not allowed time to cure any alleged defects that formed the basis of the Appellees' objections. On December 18, 2014, the court signed a judgment granting Appellees' Motion for Summary Judgment. On the 17th day of January, 2015, Appellants filed a Notice of Appeal from the order granting Appellees' Motion for Summary Judgment.

6. Appellees filed a Motion to Sever Appellants' claims against them on January 19, 2015, during the court's plenary power over the judgment. *See* Tex. R. Civ. P. 306a(5). Appellants attach an affidavit to this motion and incorporate it herein as **Exhibit A** to establish facts not apparent from the record.

## C. Argument & Authorities

7. Appellants appeal the order of the 21st Judicial District Court of Lee County, Texas granting the Traditional Motion for Summary Judgment of Amber Novasad-White, individually and d/b/a/ Nova Tech Foundation Repair and John Novosad individually and d/b/a Nova Tech Foundation Repair that was signed December 18, 2014.

8. Dominic Audino, as counsel for Appellants, filed a Notice of Appeal as to this Order on the 17th day of January, 2015 and served said Notice of

Appeal on all relevant parties pursuant to Tex. R. Civ. P. 21, Tex. R. Civ. P. 21a and Tex. R. App. P. 25.1(e) on that same date.

9. On or about the 19th day of January, 2015, Amber Novasad-White, individually and d/b/a/ Nova Tech Foundation Repair and John Novosad individually and d/b/a Nova Tech Foundation Repair filed a Motion to Sever and on March 10, 2015 the 21st Judicial District Court of Lee County, Texas signed the order granting the Motion to Sever, thereby severing Appellants' claims against the Appellees from those of remaining defendants. A final judgment on the merits in this action (the December 18, 2014 order for Summary Judgment in favor of Appellees) has been effected as a result, thereby making it final and subject to appeal. *See, e.g. Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex.2001). A request to supplement the appellate record was made and has been completed. The undersigned counsel is currently negotiating with counsel for Appellees that may make this appeal moot and result in a dismissal of the appeal. The attached affidavit of the undersigned attorney is included in support this request.

## D. Conclusion and Prayer

10. Appellants ask the Court to extend the time to file Appellants' Brief as Appellants believe the matter will be resolved by agreement.

11. For this reason, Appellants ask the court to allow Appellants an additional thirty days, if not more, to attempt to resolve the matter without the need for briefing and an appellate decision. Appellants do not believe that Appellees are significantly injured by the failure to file the Appellants' Brief at this time as their counsel is actively engaged in settlement discussions with the undersigned counsel.

/S/ Dominic Audino
Dominic Audino  - SBN 24025861
**The Law Office of Dominic Audino**
One Arboretum Plaza
9442 N. Capital of Texas Hwy. # 500
Austin, Texas 78759
(512) 343-3638 Voice
(512) 252-2850  Facsimile
d.audino@attorneyaudino.com
**ATTORNEY FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I certify that on June 6, 2015, I, as counsel for Appellants, conferred with counsel for Appellees Amber Novosad-White, Individually and D/B/A Nova Tech Foundation Repair, and John Novosad Individually and D/B/A Nova Tech Foundation Repair in order to establish whether these Defendants are opposed to an extension of time for Appellants to file Appellants' Brief. Counsel for Appellees is not opposed to the extension.

/S/ Dominic Audino
Dominic Audino

## CERTIFICATE OF SERVICE

I certify that on June 6, 2015 a true and correct copy of Appellant's Motion to Extend the deadline to file Appellants' Brief was served to each person listed below by the method indicated.

/S/ Dominic Audino
Dominic Audino

**Via File&ServeXpress**
Third Court of Appeals
Attn: Clerk
P.O. Box 12547
Austin, Texas 78711-2547

**Via U.S. Mail**
J. Chad Gauntt
Gauntt, Earl & Binney, L.L.P.
1400 Woodloch Forest Drive, Suite 575
The Woodlands, Texas 77380

**Via U.S. Mail**
Lee County District Clerk
Attn: Clerk
P.O. Box 176
Giddings, TX 78942-0176

NO. 03-15-00046-CV

IN THE THIRD COURT OF APPEALS
FOR THE STATE OF TEXAS
AT AUSTIN, TEXAS

KIRK AND VICKI KOETHER                      APPELLANT

V.

AMBER NOVOSAD-WHITE, INDIVIDUALLY AND D/B/A NOVA TECH
FOUNDATION REPAIR, AND JOHN NOVOSAD INDIVIDUALLY AND D/B/A
NOVA TECH FOUNDATION REPAIR

                                                       APPELLEE

On Appeal from Cause No. 15,280
21st Judicial District Court, Lee County, Texas
The Honorable Judge Reva L. Towslee Corbett presiding

AFFIDAVIT OF DOMINIC AUDINO

Before me, the undersigned notary, on this day personally appeared Dominic Audino, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Dominic Audino. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the attorney for the Plaintiffs/Appellants in this case. I am currently in settlement discussions with counsel for Appellees and seek additional time to conclude negotiations."

_____
Dominic Audino

SUBSCRIBED AND SWORN TO BEFORE ME, on _June 5, 2015_____.

REBEKAH LISH
Notary Public, State of Texas
My Commission Expires
November 04, 2017

_____
NOTARY PUBLIC, State of Texas